1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE
8    _____
                                           )
9    PACE INTERNATIONAL, LLC, *et al.*,     )
                                           )        Case No. C08-1822RSL
10                          Plaintiffs,     )
            v.                             )
11                                         )        ORDER TO SHOW CAUSE
     INDUSTRIAL VENTILATION, INC., *et al.*,)
12                                         )
                            Defendants.    )
13   _____)

14
            This matter comes before the Court *sua sponte*. On October 22, 2009, defendants
15
     filed their claim construction memorandum which, taken as a whole, exceeds 50 pages in length
16
     (Dkt. # 47). As of this date, a courtesy copy of these documents has not been provided for
17
     chambers.
18
            Defendants are hereby ORDERED to show cause, within five days of the date of
19
     this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8), the
20
     "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 14), and
21
     the "Minute Order Setting Trial Date & Related Dates" (Dkt. # 24). Defendants shall
22
     immediately deliver a paper copy of the motion and all supporting documents, with tabs or other
23
     organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic
24
     Filing for Chambers," to the Clerk's Office.
25
26

     ORDER TO SHOW CAUSE

Dated this 27th day of October, 2009.

Robert S. Lasnik
United States District Judge