UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACE INTERNATIONAL, LLC, *et al.*,

Plaintiffs,

v.

INDUSTRIAL VENTILATION, INC., *et al.*,

Defendants.

Case No. C08-1822RSL

ORDER

This matter comes before the Court *sua sponte*. On October 27, 2009, the Court ordered defendants to deliver a courtesy copy of documents filed on October 22, 2009. Defendants have provided the necessary documents. The Order to Show Cause (Dkt. # 51) is hereby VACATED.

Dated this 28th day of October, 2009.

Robert S. Lasnik
United States District Judge

ORDER